**Opinion filed March 12, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00075-CR

_____

## IN RE PJ RUSSELL PROCTOR

---

**Original Mandamus Proceeding**

---

## MEMORANDUM OPINION

Relator, PJ Russell Proctor, has filed in this court an original proceeding in which he complains that the trial judge of the 244th District Court of Ector County, the Honorable James Rush, has failed to "show" Relator or his counsel the discovery or the evidence that relates to pending criminal charges against Relator. Relator asserts that he has been "waiting patiently for a court date" and questions whether there is "any evidence at all." Relator requests that we "help" him. We construe Relator's petition as a request that we compel Judge Rush to issue orders that require Relator's release from custody. We dismiss for want of jurisdiction.

A defendant's request to be released from custody on pending criminal charges is the proper subject of a petition for pretrial habeas corpus. *See In re*

*Lozano*, No. 14-12-00049-CR, 2012 WL 274076, at *1 (Tex. App.—Houston [14th Dist.] Jan. 31, 2012, orig. proceeding) ("[T]o the degree relator seeks release from custody, relator is seeking pretrial habeas corpus relief . . . ."). "The courts of appeals do not have original habeas jurisdiction in criminal law matters." *In re Sampson*, No. 12-11-00362-CR, 2012 WL 760307, at *1 (Tex. App.—Tyler Mar. 7, 2012, orig. proceeding) (citing TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2019)). Therefore, this court's habeas jurisdiction in criminal matters is appellate only. *See id.* Because this is an original proceeding, we do not have jurisdiction to address the merits of Relator's petition. *See id.*

      Accordingly, we dismiss the petition for want of jurisdiction.

PER CURIAM

March 12, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.